**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:16-cr-00225-1** |
| | ) | **CHIEF JUDGE CRENSHAW** |
| **HECTOR MALDONADO-GALEAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The sentencing hearing currently set for August 4, 2017, at 1:00 p.m. is **RESET** for **August 2, 2017** at 10:30 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE